Dismissed and Memorandum Opinion filed February 16, 2006









Dismissed and Memorandum Opinion filed February 16,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00882-CR

____________

 

DANIELLE JANA LEWIS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 184th District Court

 Harris County, Texas

Trial Court Cause No. 1027362

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to unauthorized use of
vehicle.  In accordance with the terms of
a plea bargain agreement with the State, the trial court sentenced appellant
on  July 27, 2005, to confinement for six
months in a State Jail Facility.  Appellant
filed a pro se notice of appeal.  We
dismiss the appeal.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).  The record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 16, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).